**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MARCO SUCERQUIA,**

**Plaintiff,**

**vs.** **CASE NO.: 6:17-cv-570-Orl-31GJK**

**SKY BUILDERS USA, LLC, a Florida For Profit Limited Liability Company, and OLGA RESTREPO, Individually,**

**Defendants.** /

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04 (c), I certify that the instant action:

_______ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State Court, or administrative agency as indicated below:

**X** IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

Dated this 7th day of April, 2017.

**/s/ MATTHEW GUNTER**
Matthew Gunter, Esq.
FBN 0077459
Morgan & Morgan, P.A.
20 N. Orange Avenue, Suite 1600
P.O. Box 4979
Orlando, FL 32802-4979
Telephone: (407) 420-1414
Facsimile: (407) 867-4791
Email: MGunter@forthepeople.com
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: None. I further certify that I mailed the foregoing document and the notice of electronic filing by first-

class mail to the following non-CM/ECF participants: Sky Builders USA, LLC, c/o Registered Agent- Olga M. Restrepo, and Individually, 40 W. Crystal Lake St., Ste. 200, Orlando, FL 32806, this 7th day of April, 2017

**/s/ MATTHEW GUNTER**
Matthew Gunter, Esq.