UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARCO SUCERQUIA,

Plaintiff, Case No.: 6:17-cv-570-ORL-31-GJK

v.

SKYBUILDERS USA, LLC, a Florida for Profit Limited Liability Company, and OLGA RESTREPO, Individually,

Defendants.

_______________________________________/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

______________________________________________________________
______________________________________________________________
______________________________________________________________
______________________________________________________________.

__X__ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of a party.

Dated: May 9, 2017

Respectfully submitted,

FORD & HARRISON LLP

By: s/ Luis A. Santos

Luis A. Santos
Florida Bar No. 0084647
lsantos@fordharrison.com

FORD & HARRISON LLP

101 E. Kennedy Boulevard, Suite 900
Tampa, FL 33602-5133
Telephone: (813) 261-7800
Facsimile: (813) 261-7899

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 9, 2017, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to:

Mathew R. Gunter, Esq.
Morgan & Morgan, P.A.
20 N. Orange Ave., 16th Floor
P.O. Box 4979
Orlando, FL 32802

s/ Luis A. Santos
Attorney

WSACTIVELLP:9150127.1