# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MARCO SUCERQUIA,**

      **Plaintiff,**

**v.**                                                                           **Case No:   6:17-cv-570-Orl-31GJK**

**SKY BUILDERS USA, LLC and OLGA RESTREPO,**

      **Defendants.**

## ORDER

Upon consideration of the Notice of Settlement of this FLSA claim, it is

**ORDERED** that the parties shall file their settlement agreement and joint motion for approval thereof by March 15, 2018.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 21, 2018.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party